UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW M. ARMENDARIZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON, Warden,<br><br>　　　　Respondent. | NO. CV 17-1169-SJO (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 6/19/18

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　United States District Judge